UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL WARD-EL, #240660,

        Plaintiff,

Case No. 12-14729

v.

Honorable Patrick J. Duggan

TEMP. SGT. O'CONNOR, SGT. M. MARSH,
LT. J. HOWARD, WARDEN S.L. BURT,

        Defendants.
_____/

## JUDGMENT

Plaintiff Nathaniel Ward-El has filed a pro se civil rights complaint against Defendants pursuant to 42 U.S.C. § 1983. In an Opinion and Order issued on this date, the Court summarily dismissed the complaint with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) having determined that Plaintiff fails to state a claim upon which relief could be granted.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: November 9, 2012        s/PATRICK J. DUGGAN
                                               UNITED STATES DISTRICT JUDGE

Copy to:
Nathaniel Ward-El, #240660
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI 49201